FILED: November 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1494
(1:13-cv-03387-JFM)

_____

WENDELL GRIFFIN

      Plaintiff - Appellant

v.

BALTIMORE POLICE DEPARTMENT; JERRY LANDSMAN; DONALD
KINCAID; EDWARD BROWN

      Defendants - Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 35. The court denies the petition for

rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk